UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HEIDI L. WILSON AND ALAN G. WILSON
Plaintiff(s)

CA 08 235 S

VS.

HOME DEPOT, U.S.A., INC., alias, ABC INC. CORPORATION and WYNN-HOLT EQUIPMENT CORP., alias XYZ INC. CORPORATION and JOHN DOE
Defendant(s)

**NOTICE OF REMOVAL OF CIVIL ACTION**

**TO THE HONORABLE JUSTICE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

Petition, **Win-Holt Equipment Group (misnamed in the caption of the plaintiff's Complaint as Wynn-Holt Equipment Corp.)**, respectfully shows this Court:

1. The Petitioner is a defendant in the above action;

2. On or about May 9, 2008, the plaintiff commenced an action against the defendants in the Providence Superior Court, Heidi L. Wilson and Alan G. Wilson v. Home Depot, U.S.A., Inc., alias, ABC, Inc. Corporation and Wynn-Holt Equipment Corp., alias XYZ Inc. Corporation and John Doe, Providence Superior Court Docket Number PC2008-3409.

3. Upon information and belief, the Complaint has not yet been served on the defendants.

4. No further proceedings have been had herein in the Providence Superior Court;

5. The above entitled action wholly involves citizens of different states in that at the time of the commencement of this action in Rhode Island, and since that time, the plaintiffs were and still are residents of the State of Rhode Island, the defendant Home Depot, U.S.A., Inc., is a Delaware Corporation with a principal place of business at 2455 Ferry Road, Atlanta, Georgia, and the defendant, Win-Holt Equipment Group

(misnamed in the caption of the plaintiff's Complaint as Wynn-Holt Equipment Corp.), is a New York Corporation with a principal place of business at 141 Eileen Way, Syosset, New York.

6. The above entitled action is a civil action for personal injuries in which the plaintiff, Heidi L. Wilson, is alleging that she was caused personal injuries as a result of the negligence of the defendants.

7. The amount in controversy, inclusive of interest and costs is in excess of $75,000, as upon information and belief the plaintiff alleges that she had surgery and has permanent partial paralysis of her face.

8. This Court, therefore, has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. sec. 1332 and removal of the action to this Court is proper pursuant to 28 U.S.C. sec. 1441(a);

9. Copies and all papers contained in Heidi L. Wilson and Alan G. Wilson v. Home Depot, U.S.A., Inc., alias, ABC, Inc. Corporation and Wynn-Holt Equipment Corp., alias XYZ Inc. Corporation and John Doe, Providence Superior Court Docket Number PC2008-3409 are attached hereto and marked "A";

10. In compliance with 28 U.S.C. sec. 1446(d), the Petitioner will give written notice of the filing of the Notice of Removal to all adverse parties, and will file a copy of the Notice of Removal with the Clerk of the Providence Superior Court, State of Rhode Island, in the above-entitled matter.

WHEREFORE, the Petitioner prays the above-entitled action be removed from the Providence Superior Court to this Court.

THOMAS B. FARREY, III/#6437
JAMES T. HUGGARD/#6464
Burns & Farrey
446 Main Street
Worcester, Massachusetts 01608
Telephone 508-756-6288

CERTIFICATE OF SERVICE

I, THOMAS B. FARREY, III/JAMES T. HUGGARD, hereby certify under the pains and penalties of perjury that I have this day mailed a copy of the within Notice of Appearance postage prepaid to **Fred T. Polacek, Esquire, 55 Dorrance Street, Suite 200A, Providence, RI 02903; Stephen B. Lang, Esquire, Higgins, Cavanaugh & Cooney, LLP, 123 Dyer Street, Providence, RI 02903; Providence Superior Court, 250 Benefit Street, Providence, RI 02903.**

THOMAS B. FARREY, III
JAMES T. HUGGARD

Dated: June 13, 2008
TBF/cg/(0000CF-0345 cp# 8)