A

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2008-3409 HEIDI WILLSON V HOME DEPOT USA INC

Filing Date: 05-09-2008
Case Status: UNASSIGNED

Case Type: PERSONAL INJURY
Status Date: 05-09-2008

Plaintiff: HEIDI WILLSON
ID: @11013134
Attorney: FRED POLACEK

Plaintiff: ALAN WILLSON
ID: @11013135
Attorney: FRED POLACEK

Defendant: HOME DEPOT USA INC
ID: @11013136

Defendant: WYNN HOLT EQUIPMENT CORP
ID: @11013138

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 05-09-2008 | COMPLAINT FILED | |
| 05-09-2008 | INITIAL FILING FEE | |
| 05-09-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCP273183. |