STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT DEPARTMENT
pc-08-3409

HEIDI L. WILSON AND ALAN G. WILSON
Plaintiff(s)

CA 08 235s

VS.

HOME DEPOT, U.S.A., INC., alias, ABC INC. CORPORATION and WYNN-HOLT EQUIPMENT CORP., alias XYZ INC. CORPORATION and JOHN DOE
Defendant(s)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE COURT:

Please enter our appearance for the Defendant, **Win-Holt Equipment Group (misnamed in the caption of the plaintiff's Complaint as Wynn-Holt Equipment Corp.)**, in the above-entitled matter.

JAMES T. HUGGARD/#6464
Burns & Farrey
446 Main Street
Worcester, Massachusetts 01608
Telephone 508-756-6288

CERTIFICATE OF SERVICE

I, THOMAS B. FARREY, III/JAMES T. HUGGARD, hereby certify under the pains and penalties of perjury that I have this day mailed a copy of the within Notice of Appearance postage prepaid to **Fred T. Polacek, Esquire, 55 Dorrance Street, Suite 200A, Providence, RI 02903; Stephen B. Lang, Esquire, Higgins, Cavanaugh & Cooney, LLP, 123 Dyer Street, Providence, RI 02903.**

JAMES T. HUGGARD

Dated: June 13, 2008
TBF/cg/(0000CF-0345 cp# 8)